IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| QUIKRETE HOLDINGS, INC.; CONTINENTAL CASUALTY COMPANY, <br><br>      Plaintiffs, <br><br>   vs. <br><br> KEALII BASHAM, <br><br>      Defendant. | Civ. No. 24-00515 HG-WRP |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT KEALII BASHAM (ECF No. 28), AS MODIFIED**

Findings and Recommendation (ECF No. 28) having been filed on December 31, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation is adopted as the opinion and order of this Court with the following modification:

1. On Page 4, Paragraph 4, Line 5, REPLACE "Green" with "Deer".

//
//
//
//

1

The Clerk of Court is **ORDERED** to enter Default Judgment in favor of Plaintiffs and to **CLOSE THE CASE.**

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, January 29, 2026.

Helen Gillmor
United States District Judge

Quikrete Holdings, Inc.; Continental Casualty Company v. Kealii Basham, 24-cv-00515 HG-WRP, **ORDER ADOPTING THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT KEALII BASHAM (ECF No. 28), AS MODIFIED**